# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JODI G., <br><br>　　　　Plaintiff <br><br>　　v. <br><br>MARTIN J. O'MALLEY, <br>Commissioner of Social Security, <br><br>　　　　Defendant. | Case No. 2:24-cv-02062-GJS <br><br>**JUDGMENT** |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is **REVERSED** and this matter **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings consistent with the Court's Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment.

DATED: November 18, 2024

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE